1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                     IN THE UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11 **LISA ANN KNOX**              )   Case No.  12-cv-02413-GGH
                                  )
12                                )
                                  )
13                                )   **STIPULATION AND**
                                  )   **ORDER EXTENDING PLAINTIFF'S**
14         **Plaintiff,**         )   **TIME TO FILE SUMMARY**
                                  )   **JUDGEMENT MOTION**
15 v.                             )
                                  )
16 **MICHAEL J. ASTRUE**          )
   **Commissioner of Social Security** )
17 **of the United States of America,** )
                                  )
18         **Defendant.**         )
                                  )
19 _____ )

20

21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment is hereby extended from November 8, 2012, to December

23 12, 2012.  Plaintiff's counsel substituted into this case and just recently received the record from Ms.

24 Knox former counsel. Therefore, plaintiff's counsel needs an extension within which to file Ms. Knox's

25 summary judgment motion.    This is Plaintiff's first requested extension on this case.

26 / / / /

27 / / / /

28 / / / /

                                              1

| | | |
|---|---|---|
| Dated: November 6, 2012 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: November 6, 2012        Benjamin B. Wagner

                                                  United States Attorney

                                                  Donna L. Calvert
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  /s/Daniel Talbert
                                                  DANIEL TALBERT
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 9, 2012

                                  /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE