BENJAMIN B. WAGNER
United States Attorney
GRACE KIM
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys For Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LISA ANN KNOX, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner Of Social Security, <br><br> Defendant. | Case No.: 12-cv-02413-AC <br><br> **STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

IT IS HEREBY STIPULATED, by and between Plaintiff Lisa Ann Knox (Plaintiff) and Defendant Michael J. Astrue, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. Defense counsel requests more time to respond to Plaintiff's motion for summary judgment because counsel has been assigned to jury duty for the week preceding the current deadline. The current due date is February 18, 2013. The new due date will be March 18, 2013.

/ / /

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME        (CASE NO. 12-cv-02413-AC)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: February 7, 2013          BESS M. BREWER

                                                By: /s/ *Bess M. Brewer*
                                                BESS M. BREWER
                                                (As authorized by email on February 6, 2013)
                                                Attorneys for Plaintiff

Dated: February 8, 2013          BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ *Daniel Talbert*
                                                DANIEL TALBERT
                                                Special Assistant U. S. Attorney
                                                Attorneys for Defendant

                                                OF COUNSEL TO DEFENDANT:

                                                SHARON LAHEY
                                                Assistant Regional Counsel

## **ORDER**

APPROVED AND SO ORDERED:

DATED: February 11, 2013

                                             HON. ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE