1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DANIEL TALBERT
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone:  (415) 977-8926
6  Facsimile:  (415) 744-0134
   E-Mail:  Daniel.Talbert@ssa.gov
7
   Attorneys For Defendant
8
                  **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10
                  **SACRAMENTO DIVISION**
11

12  LISA ANN KNOX,                          )   Case No.: 12-cv-02413-AC
                                            )
13              Plaintiff,                  )   **STIPULATION AND PROPOSED ORDER**
                                            )   **FOR A FIRST EXTENSION OF 30 DAYS**
14         vs.                              )   **FOR DEFENDANT TO RESPOND TO**
                                            )   **PLAINTIFF'S MOTION FOR SUMMARY**
15                                          )   **JUDGMENT AND/OR TO FILE ANY**
    MICHAEL J. ASTRUE, Commissioner Of      )   **CROSS-MOTIONS**
16  Social Security,                        )
                                            )
                Defendant.                  )
                                            )

17         IT IS HEREBY STIPULATED, by and between Plaintiff Lisa Ann Knox (Plaintiff) and

18  Defendant Michael J. Astrue, Commissioner of Social Security (Defendant), by and through their

19  respective counsel of record, that Defendant shall have a first extension of time of thirty (30)

20  days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.

21  Defense counsel requests more time to respond to Plaintiff's motion for summary judgment

22  because counsel has been assigned to jury duty for the week preceding the current deadline.

23  The current due date is February 18, 2013.   The new due date will be March 18, 2013.

24  / / /

1        The parties further stipulate that the Court's Scheduling Order shall be modified

2  accordingly.

3                                    Respectfully submitted,

4  Dated: February 7, 2013            BESS M. BREWER

5                                    By:  /s/ *Bess M. Brewer*_____
BESS M. BREWER

6                                    (As authorized by email on February 6, 2013)
Attorneys for Plaintiff

7

Dated: February 8, 2013            BENJAMIN B. WAGNER

8                                    United States Attorney

9                                    By:  /s/ *Daniel Talbert*_____
DANIEL TALBERT

10                                  Special Assistant U. S. Attorney
Attorneys for Defendant

11

                                    OF COUNSEL TO DEFENDANT:

12

                                    SHARON LAHEY

13                                    Assistant Regional Counsel

14

15                                      **ORDER**

APPROVED AND SO ORDERED:

16

17

DATED: February 11, 2013

18                                    HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

2